UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Panciera,
    *Plaintiff*,
    v.

Kemper Independence Ins. Co.,
    *Defendants.*

Docket No. 13-cv-1009   (JBA)

## ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that no further action in this matter is required as they have reached a settlement.   This case will now be dismissed.

If either party wishes to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), they may move to re-open the case by March 6, 2015

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 5th day of February 2015.